**Dismissed and Memorandum Opinion filed May 14, 2024**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00943-CV**

---

**A. J. PEIL, Appellant**

**V.**

**OHK GLOBAL, INC. ET AL, Appellees**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-60951**

---

## MEMORANDUM OPINION

This appeal is from an order signed November 29, 2023. The clerk's record was filed December 22, 2023. The reporter's record was filed February 5, 2024. No brief was filed.

On April 23, 2024, we issued a notice stating that unless appellant filed a brief on or before May 3, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.